**William V. DANIEL, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42198.**

Missouri Court of Appeals,
Western District.

Oct. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied
Jan. 9, 1991.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

**54**

## ORDER

PER CURIAM:

Direct appeal from a judgment denying post-conviction relief sought pursuant to Rule 29.15.

Judgment affirmed. Rule 84.16(b).